Commonwealth *v.* Bolden, Appellant.

Submitted December 11, 1970. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Bunner, Appellant.

Submitted November 9, 1970. *John P. Liekar,* Public Defender, for appellant; *Paul M. Petro,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth, Appellant, *v.* Chick.

Argued November 11, 1970. *Gilfert M. Mihalich,* Assistant District Attorney, with him *John N. Scales,* District Attorney, for Commonwealth, appellant; *Myron W. Lamproplos,* with him *Cassidy & Lamproplos,* for appellees.

Orders affirmed.

WRIGHT, P. J., and WATKINS, J., dissent.